# Federal Defenders
## OF NEW YORK, INC.

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/30/2023
```

November 29, 2023

**Via ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

  Re: **United States v. Daquan Selby**
     23 Cr. 515 (AT)

Dear Judge Torres,

  Pursuant to the Court's instruction at the October 31, 2023 conference in this matter, the parties have conferred and respectfully propose the following schedule for pretrial motions:

- Motions: Monday, January 8, 2024
- Oppositions: Monday, January 29, 2024
- Replies: Thursday, February 8, 2024

  If this proposal is acceptable, the parties respectfully request that the Court so-order the above motions schedule and set a hearing for oral argument, if any, on a date and time that is convenient for the Court.[1]

GRANTED in part. The parties shall follow the proposed motions schedule. The Court shall decide whether to schedule oral argument after briefing is complete.

SO ORDERED.

Dated: November 30, 2023
   New York, New York

                 *[signature]*
                 ANALISA TORRES
               United States District Judge