UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DAQUAN SELBY,<br><br>Defendant. | 23-CR-515 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Trial in this case is scheduled to begin on May 7, 2024. The case was transferred yesterday to this judge's docket. The Court schedules a status conference for **Thursday, March 14, 2024,** at **3:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The purpose of the conference will be to familiarize the Court with the case and the upcoming trial and to review and set relevant pretrial deadlines.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 8, 2024
       New York, New York