UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
                                                      :
              -v-                                     :       23-CR-515 (PAE)
                                                      :
DAQUAN SELBY,                                         :       SCHEDULING ORDER
                                                      :
                            Defendant.                :
                                                      :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule as to future court dates:

- A pretrial conference in this case is scheduled for **May 1, 2024 at 9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Trial is rescheduled for **May 6, 2024** at **9 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Upon receipt of a letter memorializing counsels' agreed-upon motions schedule, the Court will issue an order approving that schedule.

SO ORDERED.

                                                      Paul A. Engelmayer
                                                      _____
Dated: March 15, 2024                                 PAUL A. ENGELMAYER
       New York, New York                             United States District Judge