UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DAQUAN SELBY,

                Defendant.

23-CR-515 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A discovery dispute has arisen in this case as reflected in the parties' recent exchange of letters. (The defense's letter of April 10 has been docketed in redacted form at docket 37; the Government's letter of April 15 and the defense's reply of the same date have yet to be docketed.) Given the May 6 trial date, this matter requires urgent attention. The Court's judgment is that this matter is best addressed and resolved at a conference this week. The Court is occupied on trial on Tuesday, April 16, and Wednesday, April 17, but is free at **10:30 a.m.** on **Thursday, April 18, 2024**. The Court directs lead counsel for both parties to appear in **Courtroom 1305** of the Thurgood Marshall United States Courthouse at that time. To assist the Court in resolving these issues, the Court directs the Government to bring with it all requested portions of the Rule 16 discovery in *United States v. Wilbright*, 20 Cr. 667 (VEC), that the Government has not by then committed to furnishing to defense counsel.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: April 16, 2024
       New York, New York