**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 29, 2024

<u>Via ECF</u>

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Daquan Selby</u>
      23 Cr. 515 (PAE)

Dear Judge Engelmayer,

    We write with the consent of the government to respectfully request a brief adjournment of the parties' sentencing submission filing deadlines to permit the parties to receive, review, and incorporate into their submissions the forthcoming Presentence Investigation Report (PSR). We respectfully request that the defense's submission be due no later than June 3, 2024 and the government's submission be due no later than June 7, 2024.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender

Tamara Giwa
Attorney-in-Chief
(212) 417-8744/8719

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 45.

5*29/2024

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge